AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

Osquel Cabrero

*Plaintiff(s)*

v.

Northwest Distributors, LLC, A Florida Limited Liability Company, and Giuseppe Iadisernia, an Individual

*Defendant(s)*

Civil Action No. 15-cv-20034

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Giuseppe Iadisernia
1130 E. Hallandale Boulevard
Hallandale Beach, FL 33009

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Corona Law Firm, P.A.
Krista Bordatto, Esq.
3899 NW 7th Street, Suite 202B
Miami, FL 33126
(305)266-1150

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: January 07, 2015

Steven M. Larimore
Clerk of Court

s/ C. Barnes-Butler
Deputy Clerk
U.S. District Courts

Attachment G – Summons in a Civil Action

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Osquel Cabrero <br> *Plaintiff(s)* <br> v. <br> Northwest Distributors, LLC, A Florida Limited Liability Company, and Giuseppe Iadisernia, an Individual <br> *Defendant(s)* | Civil Action No. 15-cv-20034 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
Northwest Distributors, LLC
20775 NW 17 Avenue
Miami Gardens, FL 33056

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Corona Law Firm, P.A.
Krista Bordatto, Esq.
3899 NW 7th Street, Suite 202B
Miami, FL 33126
(305)266-1150

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: January 07, 2015 _____



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ C. Barnes-Butler
Deputy Clerk
U.S. District Courts