UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 15-cv-20034-KING

OSQUEL CABRERO,

    Plaintiff,

v.

NORTHWEST DISTRIBUTORS, LLC,
a Florida Limited Liability Company, and
GUISSEPPE IADISERNIA, an individual,

    Defendants.
_____/

## ORDER OF DISMISSAL FOR FAILURE TO SERVE AND LACK OF PROSECUTION

**THIS CAUSE** came before the Court upon *sua sponte* review of the record. This case was filed on January 7, 2015, and the summons was issued on the same day. Well over 120 days have elapsed since filing and issuance of the summons. It appears from the record that the Plaintiff has failed to serve its summons and complaint as required by Fed. R. Civ. P. 4(m). It further appears that Plaintiff has taken no action to prosecute this action or otherwise move it along since January 16, 2015 when he filed its Statement of Claim as required by this court's Procedures in FLSA Cases.

Therefore, it is **ORDERED, ADJUDGED and DECREED** that the this case is **DISMISSED WITHOUT PREJUDICE** both for Plaintiff's failure to serve the Complaint and Summons, and for lack of prosecution. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 12th day of June, 2015.

                              JAMES LAWRENCE KING
                              UNITED STATES DISTRICT JUDGE
                              SOUTHERN DISTRICT OF FLORIDA

Cc: All Counsel of Record